643 A.2d 672

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**James Frank HOLLOMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1994.

Decided June 30, 1994.

Gerald P. Deady, Wilkes–Barre, for J.F. Holloman.

Peter Paul Olszewski, Scott C. Gartley, Andrew W. Duncan, Wilkes–Barre, for Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

PER CURIAM.

The Appeal in the above-captioned case is hereby dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration docket No. 1, filed October 28, 1993.